THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tyrone Wilson,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-175
Submitted March 1, 2005  Filed March 10, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Tyrone Wilson (Appellant) was convicted of criminal domestic violence of a high and aggravated nature for allegedly choking and beating his live-in girlfriend.  The trial court sentenced Appellant to ten years in prison.
On appeal, counsel for Appellant has filed a final brief along with a petition to be relieved as counsel, asserting the appeal is without legal merit.  Appellant has filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.            
APPEAL DISMISSED.[1]
GOOSLBY, HUFF, and STILWELL, JJ., concur. 

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.